# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ARRON MICHAEL LEWIS,
ADC #151373                                                                                    PLAINTIFF

V.                              CASE NO. 4:15-CV-00630 SWW/BD

JOHN F. JOHNSON, et al.                                                                DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition ("Recommendation"), and the parties have filed no objections. The Recommendation [ECF No. 7] should be, and hereby is, approved and adopted in all respects.

Mr. Lewis's claims against Defendants Bennett, Grayson, Allen, Swaggerty, McDonald, Talley, Deleon, and Freeman are DISMISSED, without prejudice.

IT IS SO ORDERED, this 12th day of April, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE