## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN  DIVISION

**ARRON MICHAEL LEWIS,**
**ADC #151373**                                                                                            **PLAINTIFF**

**V.**                              **CASE NO. 4:15-CV-00630 SWW/BD**

**JOHN F. JOHNSON, et al.**                                                                   **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation")

from Magistrate Judge Beth Deere.  After careful review of the Recommendation,

Defendant Johnson's timely objections, as well as a *de novo* review of the record, the

Court concludes that the Recommendation should be, and hereby is, approved and

adopted as this Court's findings in all respects in its entirety.

Defendant Johnson's motion to dismiss (docket entry #23) is DENIED.

IT IS SO ORDERED, this 1st  day of June, 2016.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE