IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARRON MICHAEL LEWIS,
ADC #151373                                                              PLAINTIFF

V.                    CASE NO. 4:15-CV-630-SWW-BD

JOHN F. JOHNSON, et al.                                                  DEFENDANTS

# ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Mr. Lewis's timely objections and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motions for summary judgment (docket entries #80, #86) are GRANTED. Mr. Lewis's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 11th day of April, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE