# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ARRON MICHAEL LEWIS,**
**ADC #151373**                                                           **PLAINTIFF**

**V.**                 **CASE NO. 4:15-CV-630-SWW-BD**

**JOHN F. JOHNSON, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 11th day of April, 2017.

                                                     /s/Susan Webber Wright

                                                     UNITED STATES DISTRICT JUDGE